**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| FLISS, JEREMY SCOT | ) CASE NO: 05-23513-FJO |
| | ) |
| | ) |
| Debtor(s) | ) |

PETITION REGARDING UNCLAIMED DIVIDENDS

It appearing that $469.98 remains on deposit at Sterling Bank, Houston, TX, standing in my name as Trustee of this estate;

And it appearing that the following are entitled to this money:

| Name & Address | Amount | Reason |
|---|---|---|
| US Bank Corp/Retail Payment Solutions | $469.98 | Unclaimed |

And it appearing that more than ninety (90) days have elapsed since the final distribution was made and that such funds should now be paid over to the Clerk of the United States Bankruptcy Court for the benefit of the above-named;

WHEREFORE, authority is requested to pay over to the Clerk of the United States Bankruptcy Court for the benefit of the above-named the sum of $469.98.

Respectfully submitted,

GREGORY S. FEHRIBACH, TRUSTEE

/s/ Gregory S. Fehribach

Date: 2/20/07

Gregory S. Fehribach
Stark Doninger & Smith
50 South Meridian St.
Suite 700
Indianapolis, IN 46204

CERTIFICATE OF SERVICE

      I hereby CERTIFY that a copy of the foregoing has been served on the following parties by electronic mail or by United States first class mail, postage prepaid, on the 20th day of February, 2007.

| | |
|---|---|
| U. S. Trustee | Darrell J. Dolan |
| 101 W. Ohio St., #1000 | The Law Office of Darrell J. Dolan |
| Indianapolis, IN 46204 | 6525 E. 82nd St. Suite 102 |
| | Indianapolis, IN 46250 |

      /s/ GREGORY S. FEHRIBACH, Trustee

# DIVIDEND REPORT

Page No: 1

| Trustee Name: | Gregory S. Fehribach | | |
| --- | --- | --- | --- |
| Case No: | 05-23513-FJO | Date Printed: | 2/12/2007 |
| Case Name: | FLISS, JEREMY SCOT | Check Number: | 1001 |
| | | Check Date: | 02/12/2007 |

| Claim Number | Claimant Name | Amount Claimed | Amount Paid |
| --- | --- | --- | --- |
| 2 | US BANK CORP/ RETAIL PAYMENT SOLUTIONS<br>PO BOX 5229<br>CINCINNATI, OH 45201 | $9,592.09 | $469.98 |

Total Check Amount: $469.98